JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>COREY A. REDMOND,<br><br>             Defendant | No. CV A 08-2651<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Corey A. Redmond, in the principal amount of $60,597.27 plus interest accrued to January 29, 2008, in the sum of $10,386.94; with interest accruing thereafter at $13.30 daily until entry of judgment, for a total amount of **$70,984.21**.

DATED: April 25, 2008         By: SHERRI R. CARTER
                                   Clerk of the Court

                              BY:  /s/K.Phillips for
                                   Sharon McGee-Traylor
                                   Deputy Clerk
                              United States District Court

Page 5